UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | McCoy, Nickole Marie | Docket No. | 2:17CR00056-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nickole Marie McCoy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 21st day of April 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may by used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On April 24, 2017, the defendant admitted to injecting heroin on three separate occasions.

**Violation #2:** The defendant tested positive for the presence of morphine and codeine on April 26, 2017.

**Violation #3:** The defendant admitted to injecting heroin on April 30, 2017.

**Violation #4:** The defendant tested positive for the presence of heroin on May 16, 2017.

**Violation #5:** The defendant admitted to ingesting heroin on May 14, 2017.

**Violation #6:** The defendant admitted to ingesting methamphetamine approximately two weeks earlier on May 23, 2017.

**Violation #7:** The defendant failed to report for random drug testing on May 12, 2017.

**Violation #8:** The defendant failed to provide a urine sample for the purposes of drug testing on May 15, 2017.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

                                      I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 05/24/2017

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

May 24, 2017

Date