PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 13, 2017

SEAN F. McAVOY, CLERK

U.S.A. vs.          McCoy, Nickole Marie          Docket No.          2:17CR00056-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nickole Marie McCoy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of April 2017 under the following conditions:

**Standard Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**Special Condition #18:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to appear for Court for a pretrial conference on July 11, 2017.

**Violation #2:** The defendant admitted to consuming alcohol a couple of days prior to June 27, 2017.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    July 12, 2017 |
| by | s/Erik Carlson |
|  | Erik Carlson U.S. Pretrial Services Officer |

THE COURT ORDERS
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

July 13, 2017

Date